**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | |
| **v.** | **Case No. 26-CR-199-JFH** |
| **MARCELLINO JAMES DAVIS, JR.**, | |
| **Defendant.** | |

**OPINION AND ORDER**

Before the Court is a supplemental motion to dismiss indictment [Dkt. No. 21] without prejudice filed by the United States of America ("Government").  Dkt. No. 44.

Under Federal Rule of Criminal Procedure 48(a), "courts must grant prosecutors leave to dismiss charges unless dismissal is clearly contrary to manifest public interest."  *United States v. Robertson*, 45 F.3d 1423, 1437 n.14 (10th Cir. 1995) (quoting *Rinaldi v. United States*, 434 U.S. 22, 30 (1977)).  Based on the facts set out in the motion, the Court concludes that dismissal of the charges against Defendant is not contrary to the public interest, nor is it for an improper purpose. Accordingly, the Government's supplemental motion to dismiss should be granted.

IT IS THEREFORE ORDERED that the Government's supplemental motion to dismiss [Dkt. No. 44] is GRANTED and the indictment [Dkt. No. 21] is dismissed without prejudice against Defendant Marcellino James Davis, Jr.

IT IS FURTHER ORDERED that the Government's initial motion to dismiss [Dkt. No. 42] is moot.

IT IS FURTHER ORDERED that Defendant Marcellino James Davis, Jr. is released.

2

Dated this 28th day of July 2026.

_____
JOHN F. HEIL, III
CHIEF UNITED STATES DISTRICT JUDGE